IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **HERMELINDA RIOS** | § § § | |
| | § | **CIVIL ACTION NO. 7:17-cv-00199** |
| **VS.** | § § | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND ALLSTATE TEXAS LLOYDS** | § § § | **JURY DEMANDED** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Hermelinda Rios, and Defendant, Allstate Vehicle and Property Insurance Company and Allstate Texas Lloyds, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On March 27, 2017, Plaintiff, Hermelinda Rios, sued Allstate Vehicle and Property Insurance Company and Allstate Texas Lloyds. The proper Defendant for this case is Allstate Texas Lloyds.

2. Plaintiff, Hermelinda Rios moves to dismiss her suit.

3. Defendant agrees to the dismissal of Hermelinda Rios' claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Hermelinda Rios' case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

2

   */s/ Surya Mangi*
Surya Mangi
Attorney in Charge
Fed I.D. No.: 1358624
State Bar No.: 24078912
6521 N. 10th St.
McAllen, Texas 78501
(956) 630-3266
(956) 630-0383 (fax)

Of Counsel:

THE LAW OFFICE OF S. MANGI, P.C
6521 N. 10th St.
McAllen, Texas 78501
(956) 630-3266
(956) 630-0383 (fax)

 */s/ Rosemary Conrad Sandoval*
Attorney in Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Surya Mangi
LAW OFFICE OF S. MANGI, P.C.
6521 N. 10th St., Suite F
McAllen, Texas 78503

     on this 10th day of May, 2018.

   */s/ Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL