UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HERMELINDA RIOS, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-199 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § INSURANCE COMPANY, *et al*, § § | |
| Defendants. § | |

## **ORDER**

The Court now considers the "Agreed Stipulation of Dismissal with Prejudice,"[1] filed by Allstate Texas Lloyds ("Defendant"), announcing to the Court the parties seek to dismiss this suit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of May, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.